

**Entered on Docket
August 28, 2009**



_____
**Hon. Michael S. McManus
United States Bankruptcy Judge**

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone:  702 258-8200
Fax:    702 258-8787

DEUTSCHE BANK NATIONAL TRUST COMPANY as Trustee under POOLING AND SERVICING AGREEMENT Dated as of January 1, 2006 MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006-NC1

09-74472

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-N-08-52390-gwz |
| Gary Alan Wyles | Date:  8/14/09<br>Time: 1:30PM<br>Chapter 13 |
| Debtor. | |

### ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is granted as to the subject property described as 3455

///

Bernese Ct., Carson City, NV  89705.

IT IS SO ORDERED.

Submitted by:
**WILDE & ASSOCIATES**

/s/ Gregory L. Wilde

_____
**Gregory L. Wilde, Esq.**
Attorney for Secured Creditor
208 South Jones Boulevard
Las Vegas, Nevada 89107

APPROVED / DISAPPROVED

_____
**Ernest E. Adler**
412 N. Division St.
Carson City, NV 89703
Attorney for Debtor(s)

APPROVED / DISAPPROVED

_____
**William Van Meter**
P.O. Box 6630
Reno, NV  89513
Chapter 13 Trustee

ALTERNATIVE METHOD RE: LOCAL RULE 9021:

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):

\_\_\_\_	The court waived the requirements of LR 9021.

\_\_\_\_	No parties appeared or filed written objections, and there is no trustee appointed in the case

\_x\_\_	I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

**(List Parties)**

Debtor's counsel:

\_\_\_\_\_	approved the form of this order		\_\_\_\_\_	disapproved the form of this order

\_\_\_\_\_	waived the right to review the order and/or		\_\_x\_\_\_	failed to respond to the document

\_\_\_\_\_	appeared at the hearing, waived the right to review the order

\_\_\_\_\_	Opposition filed and withdrawn by Debtor's counsel

Trustee:

\_\_\_\_	approved the form of this order		\_\_\_\_\_	disapproved the form of this order

\_\_\_\_\_	waived the right to review the order and/or		\_x\_\_\_\_	failed to respond to the document

Other Party:_____

\_\_\_\_	approved the form of this order		\_\_\_\_\_	disapproved the form of this order

\_\_\_\_\_	waived the right to review the order and/or		\_\_\_\_\_	failed to respond to the document

Submitted by:
\_/s/ Gregory L. Wilde, Esq.

Gregory L. Wilde, Esq.

Attorney for Secured Creditor

Case 08-52390-gwz Doc 61 Entered 08/28/09 16:19:32 Page 4 of 4